**Order entered April 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00400-CV

## IN RE AARON EARL CARTER JR., Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-0100923-UQ**

## ORDER

Based on the Court's opinion of this date, the Court **DENIES** relator's "Petition for This Court to Vacate Its Mandate Issued on October 30, 2003" and **DISMISSES** relator's petition to the extent it seeks extraordinary relief. The Court **ORDERS** that relator bear the costs of this original proceeding.

/s/     DAVID LEWIS
        JUSTICE